IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JACKIE SCOTT, on behalf of the UNITED STATES OF AMERICA, and STATE OF IOWA, | ) ) ) | Civil Action No. 3:13-CV-00102 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY CARE, INC., WILLIAM M. BONNES, and ANGELA GANZER-BOVITZ, | ) ) ) | MOTION FOR COURT'S ACCEPTANCE AND APPROVAL OF SETTLEMENT AGREEMENT |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America ("Government"), pursuant to 31 U.S.C. § 3730(c), Federal Rule of Civil Procedure 7(b), and Local Rule 7(d), with the approval of Relator Jackie Scott ("Relator"), the State of Iowa ("State"), Community Care, Inc.("CCI"), and the state court appointed Receiver ("Receiver"), (collectively referred to herein as "the Settling Parties"), and moves this Court to accept and approve the Settlement Agreement, negotiated and signed by each of the Settling Parties. For good cause supporting this Motion, the Government states the following:

1.      The Settling Parties by this reference incorporate herein as background information the assertions made in ¶¶ 1 – 9 of the Government's Second Motion for Extension of Time filed on November 24, 2014.

2.      The Settling Parties have reached a compromise and settlement of the claims made by the Relator against CCI under the Federal False Claims Act and Iowa False Claims Act.

3.      Filed herewith is the written Settlement Agreement, the terms of which have been assented thereto by all of the Settling Parties as witnessed by the signatures of their legal representatives.

4.      The proposed settlement is fair, adequate, and reasonable under the circumstances.

5.      The Settlement Agreement works in favor of an efficient settlement of the controversy between the Settling Parties, furthers the ends of justice, and conserves judicial resources.

6.      The Settlement Agreement does not affect any individual claims Relator may have against the named individual Defendants, William Bonnes and Angela Ganzer-Bovitz, nor does it affect any defenses these Defendants may have to Relator's individual claims against them.

7.      The Settling Parties believe this Court should expressly retain jurisdiction to enforce the terms of the Settlement Agreement and to dismiss the action in whole or in part upon motion of the Settling Parties after satisfaction of its terms.

8.      The Settling Parties are all in agreement to the settlement terms and do not believe there is a need under the circumstances for a hearing to determine the fairness, adequacy, and reasonableness of its terms.

9.      The Settling Parties authorize the undersigned to file this Motion, supporting Brief, and the executed Settlement Agreement.

WHEREFORE, the Settling Parties request this Court accept and approve the terms of their Settlement Agreement; find that the settlement is fair, adequate and reasonable under the circumstances; retain jurisdiction of this matter to enforce its terms; and find there is no need for a hearing on the acceptability of its terms.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

*/s/ Richard L. Richards*
Richard L. Richards
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tele:   (515) 473-9357
Fax:    (515) 473-9282
E-mail:  Richard.richards@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

   Matt Reilly
   Amy Licht
   Adam Zenor
   Joseph F. Moser
   Angela Ganzer-Bovitz

*/s/ Richard L. Richards*
Richard L. Richards
Assistant U.S. Attorney

3